IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOHN F. OSBORN,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0902

Opinion filed August 22, 2016.

An appeal from an order of the Circuit Court for Bay County.
James B. Fensom, Judge.

John F. Osborn, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Donna A. Gerace, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.